THE HONORABLE RICARDO MARTINEZ

CHRISTOPHER J. KERLEY, #16489
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for South King Fire and Rescue Defendants

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK THOMAS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, municipal corporation; OFFICER R. TSCHIDA and JANE DOE TSCHIDA, individually and the marital community comprised thereof; OFFICER J. WEST and JANE DOE WEST, individually and the marital community comprised thereof; SOUTH KING COUNTY FIRE AND RESCUE, a municipal corporation; GREG GARKA and JANE DOE GARKA, individually and the marital community comprised thereof; and DAVID MICHAELS and JANE DOE MICHAELS, individually and the marital community comprised thereof<br><br>Defendants. | No. 2:17-cv-01275-RSM<br><br>ORDER OF DISMISSAL OF SOUTH KING FIRE AND RESCUE DEFENDANTS |

THIS MATTER coming before the Court upon the joint stipulation of

Plaintiff and Defendants SOUTH KING FIRE AND RESCUE, GREG GARKA,

ORDER OF DISMISSAL OF
SOUTH KING FIRE AND RESCUE DEFENDANTS- Page 1

Evans, Craven &
Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

et ux, and DAVID MICHAELS, et ux, (the South King Fire and Rescue Defendants) for dismissal of all claims and causes of action against the South King Fire and Rescue Defendants and having reviewed the files and records, and good cause appearing; now, therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that any and all claims and causes of action against Defendants SOUTH KING COUNTY FIRE AND RESCUE, GREG GARKA, et ux, and DAVID MICHAELS, et ux, are hereby **DISMISSED** with prejudice and without costs to either party.

SO ORDERED this 10 day of July 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By    s/ Christopher J. Kerley
CHRISTOPHER J. KERLEY, #16489
Attorneys for Defendants South King Fire and Rescue, Greg Garka and Dave Michaels

Approved as to Form; Notice of Presentment Waived

FREEMAN LAW FIRM, INC.

By    s/ Spencer D. Freeman
SPENCER D. FREEMAN, #25069
Attorneys for Plaintiff

ORDER OF DISMISSAL OF
SOUTH KING FIRE AND RESCUE DEFENDANTS- Page 2

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632