The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK THOMAS, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY OF DES MOINES, a municipal corporation; OFFICER R. TSCHIDA and JANE DOE TSCHIDA, individually and the marital community comprised thereof; OFFICER J. WEST and JANE DOE WEST, individually and the marital community comprised thereof; SOUTH KING COUNTY FIRE AND RESCUE, a municipal corporation; GREG GARKA and JANE DOE GARKA, individually and the marital community comprised thereof; and DAVID MICHAELS and JANE DOE MICHAELS, individually and the marital community comprised thereof,<br><br>       Defendants. | No. 2:17-CV-01275-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PATRICK THOMAS, an individual and Defendants OFFICER R. TSCHIDA and JANE DOE TSCHIDA, individually and the marital community comprised thereof; OFFICER J. WEST and JANE DOE WEST, individually and the marital community comprised thereof; that the

Keating, Bucklin & McCormack, Inc., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

above-entitled matter may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

FREEMAN LAW FIRM, INC.

Dated: 7/19/18      /s/ Spencer Freeman
Spencer Freeman, WSBA #25069
Attorneys for Plaintiff

KEATING, BUCKLIN & McCORMACK, INC., P.S.

Dated: 7/19/18      /s/ Richard B. Jolley
Richard B. Jolley, WSBA #23473
Attorneys for Defendants Tschida and West

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff PATRICK THOMAS, an individual's claims are dismissed with prejudice and without assessment against Defendants OFFICER R. TSCHIDA and JANE DOE TSCHIDA, individually and the marital community comprised thereof; OFFICER J. WEST and JANE DOE WEST, individually and the marital community comprised thereof by the Court of costs or attorneys' fees to either party.

DATED this 20 day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
2:17-CV-01275-RSM

1002-01248/thomas 17-1275 stip dsm.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

///

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/Richard B. Jolley*
Richard B. Jolley, WSBA #23473
Attorneys for Defendants Tschida and West

Approved as to form;
Notice of Presentation waived:

FREEMAN LAW FIRM, INC.

*/s/ Spencer Freeman*
Spencer Freeman, WSBA #25069
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 3
2:17-CV-01275-RSM

1002-01248/thomas 17-1275 stip dsm.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423