UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK THOMAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DES MOINES, a municipal corporation; OFFICER R. TSCHIDA and JANE DOE TSCHIDA, individually and the marital community comprised thereof; OFFICER J. WEST and JANE DOE WEST, individually and the marital community comprised thereof; SOUTH KING COUNTY FIRE AND RESCUE, a municipal corporation; GREG GARKA and JANE DOE GARKA, individually and the marital community comprised thereof; and DAVID MICHAELS and JANE DOE MICHAELS, individually and the marital community comprised thereof,<br><br>Defendants. | No. 2:17-CV-01275-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PATRICK THOMAS, an individual and Defendant CITY OF DES MOINES, a municipal corporation; that the above-entitled matter may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

---

STIPULATION AND ORDER OF DISMISSAL - 1
2:17-CV-01275-RSM

1002-01248/Thomas C17-1275RSM.Order of Dismissal.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

FREEMAN LAW FIRM, INC.

Dated: August 1, 2018      */s/ Spencer Freeman*
                            Spencer Freeman, WSBA #25069
                            Attorneys for Plaintiff


KEATING, BUCKLIN & McCORMACK, INC., P.S.

Dated: August 1, 2018      */s/ Richard B. Jolley*
                            Richard B. Jolley, WSBA #23473
                            Attorneys for Defendant City of Des Moines

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff PATRICK THOMAS, an individual's claims are dismissed with prejudice and without assessment against Defendant CITY OF DES MOINES by the Court of costs or attorneys' fees to either party.

DATED this 2nd day of August, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/Richard B. Jolley*
Richard B. Jolley, WSBA #23473
Attorneys for Defendant City of Des Moines

STIPULATION AND ORDER OF DISMISSAL - 2
2:17-CV-01275-RSM

1002-01248/Thomas C17-1275RSM.Order of Dismissal.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

| | |
|---|---|
| 1 | Approved as to form;<br>Notice of Presentation waived: |
| 2 | |
| 3 | FREEMAN LAW FIRM, INC. |
| 4 | */s/ Spencer Freeman*<br>Spencer Freeman, WSBA #25069 |
| 5 | Attorneys for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL - 3
2:17-CV-01275-RSM

1002-01248/Thomas C17-1275RSM.Order of Dismissal.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423